# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Robert Zajac, MD,

                Plaintiff,

Case No.: 0:20-cv-02148 -JRT-DTS

STAEMENT REGARDING DOCUMENTS FILED UNDER SEAL – RULE 5.6

vs.

Maria K. Statton, Kathryn D. Lombardo,
Hugh P. Renier, Cheryl L. Bailey, Christopher
Burkle, Pamela Gigi Pamela Gigi, Shaunequa B.
James, Jennifer Y. Kendall Thomas, Patricia
J. Lindholm, John M. (Jake) Manahan, Allen
G. Rasmussen, Kimberly W. Spaulding, Stuart
T. Williams, in their respective official capacity
as members of the Minnesota Board of Medical
Practice.

                Defendants.

---

The undersigned Attorneys for the Plaintiff hereby state pursuant to Local Rule 5.6(d)(1)(A)(ii) that the entire documents Docs 39 and 40 filed under seal contain confidential information which is impracticable to redact.

Dated: January 19, 2021

                Attorneys for the Plaintiff
                /s/ Brad Haddy
                Brad Haddy, Esq.
                MN Bar No.  0387503
                3209 W. 76th Street
                Edina, MN 55435
                Email: Email: bjhaddy@mnesq.com
                Phone Number: (952) 513-7991

Jacques G. Simon Esq.,
/s/ Jacques G. Simon
By: Jacques G. Simon
Admitted pro hac vice
200 Garden City Plaza
Suite 301
Garden City, NY 11530
Phone: 516-378-8400
Email: jgs@jacquessimon.com

## **CERTIFICATION OF SERVICE**

I hereby certify that on this  19th day of January 2021, I served the within Statement Pursuant to Local Rule 5.6 in lieu of redacted document upon the following attorneys of record for the defendants through the filing of the same via email and with the ECF system of the US District Court District of Minnesota.

Kathleen M. Ghreichi
Assistant Attorney General
Minnesota Attorney General's Office
445 Minnesota Street, Suite 1400
St. Paul, MN  55101-2128
kathleen.ghreichi@ag.state.mn.us

/s/ *Jacques G. Simon*