UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robert Zajac, MD,                                  Case No: 20-cv-02148 (JRT-DTS)
    Plaintiff

v.

Maria K. Statton, et al.,

Defendants

**Parties' Joint Motion Regarding Continued Sealing**

Documents have been filed under temporary seal in connection with the following motions:

1. Plaintiff's Motion for a Preliminary Injunction Pursuant to Fed. R. Civ. Proc. 65 (Doc. No. 18).

2. Defendants' Joint Motion to Dismiss (Doc. No. 12).

Pursuant to LR 5.6, the parties submit this Joint Motion Regarding Continued Sealing.

Dated:  February 8, 2021                   Attorney for Defendants

                                           KEITH ELLISON
                                           Attorney General
                                           State of Minnesota


                                           /s/ **Kathleen M. Ghreichi**
                                           KATHLEEN M. GHREICHI
                                           Assistant Attorney General
                                           Atty. Reg. No. 023834X

                                           445 Minnesota Street, Suite 1400
                                           St. Paul, Minnesota 55101-2128
                                           (651) 757-1490 (Voice)
                                           (651) 297-2576 (Fax)
                                           kathleen.ghreichi@ag.state.mn.us


                                           Attorneys for the Plaintiff
                                           /s/ Brad Haddy
                                           Brad Haddy, Esq.
                                           MN Bar No.  0387503
                                           3209 W. 76th Street
                                           Edina, MN 55435
                                           Email: bjhaddy@mnesq.com
                                           Phone Number: (952) 513-7991


                                           Jacques G. Simon Esq.,
                                           /s/ Jacques G. Simon
                                           By: Jacques G. Simon
                                           Admitted pro hac vice
                                           200 Garden City Plaza
                                           Suite 301
                                           Garden City, NY 11530
                                           Phone: 516-378-8400
                                           Email: jgs@jacquessimon.com

**Plaintiff's Motion for a Preliminary Injunction Pursuant to Fed. R. Civ. Proc. 65**
**(Doc. No. 18)**

| Doc. No. | Description of Document | Parties Agree Document Should Remain Sealed | Reason Document Should Remain Sealed |
|---|---|---|---|
| 29 | Legal memorandum containing references to confidential materials in possession of state health licensing board. | Yes | Incorporates references to records identified as confidential under protective order in underlying state administrative proceeding. |
| 32 | Exhibit contains confidential data in possession of state health licensing board. | Yes | Investigative data identified as confidential under protective order in underlying state administrative proceeding. |
| 33 | Exhibit contains confidential data in possession of state health licensing board. | Yes | Investigative data identified as confidential under protective order in underlying state administrative proceeding. |
| 34 | Exhibit contains references to confidential materials in possession of state health licensing board. | Yes | Incorporates references to records identified as confidential under protective order in underlying state administrative proceeding. |
| 39 | Declaration containing references to confidential materials from state health licensing board's proceeding. | Yes | Incorporates references to records identified as confidential under protective order in underlying state administrative proceeding. |
| 40 | Legal memorandum containing references to confidential materials from state health licensing board's proceeding. | Yes | Incorporates references to records identified as confidential under protective order in underlying state administrative proceeding. |

## Defendants' Joint Motion to Dismiss (Doc. No. 12)

| Doc. No. | Description of Document | Parties Agree Document Should Remain Sealed | Reason Document Should Remain Sealed |
|---|---|---|---|
| 26 | Declaration containing references to confidential materials in possession of state health licensing board. | Yes | Incorporates references to records identified as confidential under protective order in underlying state administrative proceeding. |
| 26-1 | Exhibit contains confidential materials from state health licensing board's proceeding. | Yes | Investigative data identified as confidential under protective order in underlying state administrative proceeding. |
| 26-2 | Exhibit contains confidential administrative court order confidential materials from state health licensing board's proceeding. | Yes | Investigative data identified as confidential under protective order in underlying state administrative proceeding. |