UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

ROBERT ZAJAC,

            Plaintiff,

v.

MARIA K. STATTON et al., *in their official capacities as members of the Minnesota Board of Medical Practice*,

            Defendants.

Civil No. 20-2148 (JRT/DTS)

**ORDER**

---

Jacques G. Simon, 200 Garden City Plaza, Suite 301, Garden City, NJ 11530; and Bradley John Haddy, **MINNESOTA ESQUIRE LLC**, 1850 Eagle Ridge Drive, Suite E-102, Mendota Heights, MN 55118, for plaintiff.

Kathleen M. Ghreichi, **MINNESOTA ATTORNEY GENERAL'S OFFICE**, 445 Minnesota Street, Suite 1400, Saint Paul, MN 551001, for defendants.

**IT IS HEREBY ORDERED** that the parties are to show cause on or before five (5) days from the date of this Order why the Court should not unseal the Court's February 24, 2021 Memorandum Opinion and Order (Docket No. 49) and to specify any portion of it warranting redaction.

DATED: March 4, 2021                         s/John R. Tunheim
at Minneapolis, Minnesota.                    JOHN R. TUNHEIM
                                                                      Chief Judge
                                            United States District Court