# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

---

No: 21-1686

---

Robert Zajac, MD

Plaintiff - Appellant

v.

Maria K. Statton, in their respective official capacity as members of the Minnesota Board of Medical Practice; Hugh P. Reiner, in their respective official capacity as members of the Minnesota Board of Medical Practice; Kathryn D. Lombardo, in their respective official capacity as members of the Minnesota Board of Medical Practice; Cheryl L. Bailey, in their respective official capacity as members of the Minnesota Board of Medical Practice; Christopher Burkle, in their respective official capacity as members of the Minnesota Board of Medical Practice; Jennifer Y. Kendall Thomas, in their respective official capacity as members of the Minnesota Board of Medical Practice; Pamela Gigi, in their respective official capacity as members of the Minnesota Board of Medical Practice; Shaunequa B. James, in their respective official capacity as members of the Minnesota Board of Medical Practice; John M. Manahan, in their respective official capacity as members of the Minnesota Board of Medical Practice; Allen Rasmussen, in their respective official capacity as members of the Minnesota Board of Medical Practice; Kimberly W. Spaulding, in their respective official capacity as members of the Minnesota Board of Medical Practice; Stuart T. Williams, in their respective official capacity as members of the Minnesota Board of Medical Practice; Anjali Gupta, in their respective official capacity as members of the Minnesota Board of Medical Practice; Cherie Y. Zachary, in their respective official capacity as members of the Minnesota Board of Medical Practice

Defendants - Appellees

---

Appeal from U.S. District Court for the District of Minnesota
(0:20-cv-02148-JRT)

---

## JUDGMENT

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

July 19, 2021

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans